Argued January 22, affirmed February 3, 1976

In the Matter of the Dissolution of the Marriage of
FULLMER, *Appellant,*
*and*
FULLMER, *Respondent.*
(No. 410-855, CA 5194)
544 P2d 1070

*Ann Morgenstern,* Portland, argued the cause for appellant. With her on the brief were Reiter, Wall, Bricker & Zakovics, P. C., Portland.

*Howard H. Campbell,* Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

## PER CURIAM

The sole issue on this appeal from a decree of dissolution of marriage is the distribution of assets. We agree with the distribution ordered by the trial judge.

Affirmed. No costs to either party.